| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY S. SHINBROT, ESQ. (SBN 155486)<br>jeffrey@shinbrotfirm.com<br>JEFFREY S. SHINBROT, APLC<br>15260 Ventura Blvd., Suite 1200<br>Sherman Oaks, CA 91403<br>Telephone: (310) 659-5444<br>Fax: (310) 878-8304<br>Counsel for Reorganized Debtor PB-1, a California<br>Limited Liability Company | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* PB-1, a California LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>PB-1, LLC,<br>Reorganized Chapter 11 Debtor<br><br><br><br>Debtor(s). | CASE NO.: 1:18-bk-12855-MT<br><br>CHAPTER: 11<br><br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 04/20/2022 | **Time:** 10:30 am |
|---|---|
| **Location:** 21041 Burbank Blvd., Courtroom 302 Woodland Hills, CA | |

**Type of Sale**: ☐ Public  ☒ Private    **Last date to file objections**: 04/06/2022

**Description of property to be sold:** Single Family Home
 1258 Laurie Drive, Studio City, California

**Terms and conditions of sale**:
 Standard California Residential Purchase Agreement and Joint Escrow Instructions, purchase price $4,600,000

**Proposed sale price**: $ 4,600,000.00

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*)**: None

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

April 20, 2022
10:30 a.m.
21041 Burbank Blvd.,
Courtroom 302
Woodland Hills, CA

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Jeffrey S. Shinbrot, Esquire
JEFFREY S. SHINBROT, APLC
15260  Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403
310-659-5444
jeffrey@shinbrotfirm.com

Date: 03/29/2022

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 2                                          **F 6004-2.NOTICE.SALE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403

**A true and correct copy of the foregoing document entitled (***specify***):NOTICE OF SALE OF ESTATE PROPERTY:** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below.

**x   1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/29/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Moses S Bardavid    mbardavid@hotmail.com**
- **Katherine Bunker    kate.bunker@usdoj.gov**
- **Sonia Plesset Edwards    s.edwards@geracillp.com**
- **Oscar Estrada    oestrada@ttc.lacounty.gov**
- **Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com**
- **Arnold L Graff    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net**
- **Christopher E Ng    cng@gglts.com**
- **Gwen H Ribar    gribar@wrightlegal.net, ggrant@wrightlegal.net**
- **Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com**
- **Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**
- **Kristin A Zilberstein    Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com**
- 

**X   2.   SERVED BY UNITED STATES MAIL**:  On (*date*) 3/29/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   X SERVICE LIST ATTACHED.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

(*date*) <u>3/29/2022</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| 3/29/2022 | Sandra Rodriguez | /s/Sandra Rodriguez |
|-----------|------------------|---------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Associated Ready Mix Concrete, Inc.
c/o Lynn A. Shinmoto
Devirian & Shinmoto
2945 Townsgate Rd., Ste. 200
Woodland Hills, CA 91361

Cal Pac Capital
3700 Campus Drive Suite 200
Newport Beach, CA 92660-2603

Dakota Drilling & Concrete, Inc.
22535 Statham
Oxnard, CA 93033

Med Equity, LLC et al.
FCI Lender Services Inc.
PO Box 27370
Anaheim, CA 92809-0112

Foothill Financial, LP et al.
FCI Lender Services, Inc.,
PO Box 27370
Anaheim, CA 92809-0112

Leon Krous Drilling, Inc.
Hamrick & Evans, LLP
2600 W. Olive St., Suite 1020
Burbank, CA 91505-4565

JCR Inspection Services
1100 San Luis Rey Drive
Glendale, CA 912085

Melbros Ready Mix Concrete LLC
14069 La Rue St
San Fernando, CA 91340-3838

Los Angeles County Treasurer and Tax
Collector
PO Box 54110
Los Angeles, CA 90054-0110

Herman S. Palarz, Esquire
Palarz & Williams, LLP
1880 Century Park East, Suite 315
Los Angeles, CA  90067-1666

Cal-Pac Capital
Wright, Finlay & Zak, LLP
c/o Sonia Plesset Edwards
4665 MacArthur Court, # 200
Newport Beach, CA 92660

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

Franchise Tax Board
Bankruptcy Section MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Office Of Finance City Los Angeles
200 N Spring St Rm 101 City Hall
Los Angeles CA 90012-3224

Securities & Exchange Commission
444 South Flower St., Ste. 900
Los Angeles, CA 90071-293

Adam Goldberg
3606 Berry Dr.
Studio City, CA 91604-3852

Brian Peters
5397 Via Andrea
Newbury Park, CA 91320

CalGrove Equipment
21627 Roscoe Blvd.,
Canoga Park, CA 91304-4159

Champion Crane
12521 Branford Ave
Pacoima, CA 91331-3402

Darmont Construction
2500 Avenue Stanford # 212
Valencia, CA 91355

Intuit Inc C O Corporation Service
251 Little Falls Drive
Wilmington De 19808-1674

La Drill
3927 Downey Ct.
Simi Valley, CA 93063-2836

Maxim Crane
1101 E. Spring St.
Long Beach, CA 90806-1824

Peterberg Construction Inc.
3401 Grande Vista Drive # 672
Studio City, CA 91604

R.C. Drilling
1316 Calle Tulipan
Thousand Oaks, CA 91360-6613

Ram Reinforcing
12310 Rosecrans Avenue
Norwalk, CA 90650

Turner, Aupert, Friedman
8383 Wilshire Blvd., Ste. 510
Beverly Hills, CA 90211-2406

United Site Services
1354 N. Red Gum Avenue
Anaheim, CA 92806-1317

Weissman & Weissman
2660 Townsgate Rd., # 350
Westlake Village, CA 91361-5716


Marc Lieberman, Esq., a
marc.lieberman@flpllp.com